Certificate Number: 06531-NYE-DE-023659407

Bankruptcy Case Number: 14-41660



06531-NYE-DE-023659407

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 20, 2014, at 4:17 o'clock PM CDT, Danny Eglowitz completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of New York.

Date: June 20, 2014

By: /s/Stephanie Kjetland

Name: Stephanie Kjetland

Title: Credit Counselor